IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BELNICK, INC., )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-240
)
EMECO INDUSTRIES, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice. (Doc. 4.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." As requested by the Plaintiff, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of January 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 16 PM 3:41
CLERK_____
SO. DIST. OF GA.